**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 18-6836**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

CHARLES D. IZAC,

    Defendant - Appellant.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. John Preston Bailey, District Judge. (3:02-cr-00058-JPB-MJA-1)

Submitted: November 15, 2018      Decided: November 20, 2018

Before MOTZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Charles D. Izac, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles D. Izac appeals the district court's orders denying his motion for resentencing and his renewed motion for resentencing. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Izac*, No. 3:02-cr-00058-JPB-MJA-1 (N.D.W. Va. May 22, 2018 & June 6, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*